In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00034-CV
_____

**GEORGE DANNER, Appellant**

**V.**

**KATHRYN DANNER, Appellee**

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 17-03-04143-CV

**MEMORANDUM OPINION**

George Danner filed a notice of appeal from the trial court's January 4, 2018 Order Finding Alleged Partition and Exchange Agreement Unenforceable. On January 30, 2018, the appellee, Kathryn Danner, filed a motion to dismiss the appeal on the ground that the order was interlocutory and not subject to accelerated appeal. Appellant did not file a response to the motion to dismiss.

Generally, temporary orders in a divorce case may not be immediately appealed. *See* Tex. Fam. Code Ann. § 6.507 (West 2006). Because the order does

1

not dispose of all issues before the trial court and it has not been severed, it is an interlocutory order not subject to immediate appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

Appellee requests that we award her "just damages" in an unspecified amount because the appeal is frivolous. *See* Tex. R. App. P. 45. "Rule 45 does not mandate that this court award just damages in every case in which an appeal is frivolous; rather the decision to award such damages is a matter within this court's discretion, which we exercise with prudence and caution after careful deliberation." *Glassman v. Goodfriend*, 347 S.W.3d 772, 782 (Tex. App.—Houston [14th Dist.] 2011, pet. denied). We deny Appellee's request for Rule 45 damages.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 7, 2018
Opinion Delivered March 8, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.